IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-01432-JLK**

**THE WHITING-TURNER CONTRACTING COMPANY, a foreign corporation**,

        Plaintiff,

v.

**TBCC, INC., a Colorado corporation**,

        Defendant.

---

**ORDER re: DEFENDANT TBCC, INC.'S UNOPPOSED MOTION FOR PERMISSION TO FILE THIRD-PARTY COMPLAINT IF RELIEF FROM STAY IS GRANTED**

---

Upon consideration of Defendant TBCC's Unopposed Motion for Permission to File Third-Party Complaint (doc. #6), filed July 28, 2010, and good cause having been shown, it is

ORDERED that the Motion is GRANTED. If TBCC receives permission from the United States Bankruptcy Court for Relief from the Automatic Stay, TBCC may file a Third-Party Complaint in this action against the debtor, Mark One, LLC d/b/a Mark One Insulation / Mark One Insulation and Fire Stop.

Dated this 28th day of July, 2010

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    John L. Kane, Senior Judge
                                    United States District Court