IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-01432-JLK**

**THE WHITING-TURNER CONTRACTING COMPANY, a foreign corporation**,

        Plaintiff,

v.

**TBCC, INC., a Colorado corporation**,

        Defendant/Third-Party Plaintiff,

v.

**MARK ONE, LLC d/b/a MARK ONE INSULATION/MARK ONE INSULATION AND FIRE Stop, a Colorado corporation,**

        Third-Party Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend the Scheduling Order (doc. #30) filed January 18, 2011, is **GRANTED**. The Scheduling Order is amended as follows: The deadline for plaintiff to designate experts is February 21, 2011; the deadline for defendant/third-party plaintiff and third-party defendant to designate experts is March 21, 2011, the deadline to submit written discovery requests is March 31, 2011, the deadline for disclosure of rebuttal expert witnesses is April 21, 2001, discovery cut-off is May 4, and the deadline for dispositive motions is June 1, 2011.

Dated: January 27, 2011