IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01432-JLK-MEH

WHITING-TURNER CONTRACTING CO., a foreign corporation,

    Plaintiff,

v.

TBCC, INC., a Colorado corporation,

    Defendant/Third-Party Plaintiff,

v.

MARK ONE, LLC, a Colorado corporation d/b/a Mark One Insulation/Mark One Insulation and Fire Stop,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2011.**

    Plaintiff's Motion for Clarification of Minute Order dated February 10, 2011 [filed February 15, 2011; docket #43] is **granted**. Pursuant to the order temporarily staying discovery and briefing deadlines, the Plaintiff shall file a response to the pending motion for summary judgment on or before March 2, 2011, and Defendant may file a reply brief within fifteen (15) days after the response is filed. *See* Judge Kane's Pretrial Procedures, III.