IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-01432-JLK**

**THE WHITING-TURNER CONTRACTING COMPANY, a foreign corporation**,

      Plaintiff,

v.

**TBCC, INC., a Colorado corporation**,

      Defendant/Third-Party Plaintiff,

v.

**MARK ONE, LLC d/b/a MARK ONE INSULATION/MARK ONE INSULATION AND FIRE Stop, a Colorado corporation,**

      Third-Party Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Third-Party Defendant Mark One's Unopposed Motion to Amend the Scheduling Order (Doc. #49), filed March 14, 2011, is **GRANTED**.  The Scheduling Order is amended as follows:

•     Defendant shall designate its experts, if any, by April 20, 21, 2011;

•     the deadline to submit written discovery requests is May 2, 2011;

•     deadline for disclosure of rebuttal expert witnesses is May 20, 2011;

•     discovery cut-off date is June 3, 2011; and

•     dispositive motions deadline is July 1, 2011.

      The parties' ongoing efforts regarding a negotiated settlement are noted.

---

Dated:  March 15, 2011